**FILED**

APR 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gene E. Smith Sr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.    08-0737 |
| | ) | |
| Supreme Court of the United States *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this *15th* day of

April 2008,

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED;

and it is

FURTHER ORDERED that ths case is DISMISSED with prejudice.  This is a final

appealable Order.

United States District Judge

(N)                                                                                             5