FILED

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gene E. Smith Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0737 |
| ) | |
| Supreme Court of the United States *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Plaintiff has submitted "Objections" to the Court's Order of April 29, 2008, dismissing this case for lack of subject matter jurisdiction. Construing the submission as a motion pursuant to Fed. R. Civ. P. 60(b) for relief from the final order, the Court finds no grounds for granting such relief. Accordingly, it is this 16th day of July 2008,

ORDERED that plaintiff's construed motion for relief from judgment [Dkt. No. 6] is DENIED.

_____
United States District Judge